7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Jeffery Lee Terry
*Debtor*

*Bankruptcy Case No.*
15−60704−abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
15−06049−abf

v.

**Imogene P. Cornell**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is entered in favor of the Trustee and against Imogene P. Cornell in the amount of $4,770.85 plus the cost of this action.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 2/3/16

Court to serve